1

2

3

4

5

6

7

8

9                      UNITED STATES DISTRICT COURT

10                     EASTERN DISTRICT OF CALIFORNIA

11

12   RICKY RIVERA,                          Case No.: 1:16-cv-01817-AWI-BAM (PC)

13                  Plaintiff,              ORDER VACATING FINDINGS AND
                                            RECOMMENDATIONS
14        v.                                (ECF No. 19)

15   DAVE DAVEY, et al.,
                                            ORDER GRANTING MOTION FOR
16                  Defendants.             EXTENSION OF TIME TO FILE AMENDED
                                            COMPLAINT **WITHIN THIRTY DAYS**
17                                          (ECF No. 20)

18

19        Plaintiff Ricky Rivera is a state prisoner proceeding *pro se* and *in forma pauperis* in this

20   civil action pursuant to 42 U.S.C. § 1983.

21        **I.      Background**

22        On November 22, 2017, the undersigned screened Plaintiff's complaint, found that he had

23   failed to state any cognizable claim, and granted him leave to amend within thirty (30) days.

24   (ECF No. 14.) Plaintiff failed to amend, and on January 11, 2018, the Court issued findings and

25   recommendations recommending dismissal of this action. (ECF No. 15.) Plaintiff filed a motion

26   seeking an extension of time to amend his complaint, (ECF No. 16), and therefore on January 16,

27   2018, the Court vacated the findings and recommendations and granted Plaintiff an additional

28   thirty days to file an amended complaint, (ECF No. 16.)

1    Rather than file an amended complaint, on February 9, 2018, Plaintiff filed objections

2    arguing that he had sufficiently pleaded a cognizable claim in his original complaint. (ECF No.

3    18.) On March 22, 2018, the Court issued findings and recommendations that it had considered

4    Plaintiff's objections, but nevertheless found that his complaint failed to state a cognizable claim

5    for relief. (ECF No. 19.) Thus, the Court recommended dismissal of this action, and allowed

6    fourteen (14) days for objections. (*Id*.)

7        **II.      Request for Extension of Time**

8        Currently before the Court is Plaintiff's motion to extend the deadline for objections to the

9    findings and recommendations, with a declaration in support, filed on April 9, 2018. (ECF No.

10   20.) Plaintiff asserts in the motion that as a layman at the law with a limited education, he

11   misunderstood the Court's prior screening order and findings and recommendations. Plaintiff has

12   since found a fellow inmate to assist him with his action, and now seeks leave to file a first

13   amended complaint curing the deficiencies previously identified by the Court, as opposed to

14   standing on his original complaint. Plaintiff asserts that he previously failed to amend based on

15   his pro se status and misunderstanding, but is diligently working on amended allegations.

16   Therefore, he seeks a thirty (30) day extension of time to now file an amended complaint in

17   compliance with the Court's November 22, 2017 screening order.

18       The Court finds that the interests of justice are best served by allowing Plaintiff an

19   opportunity to amend his complaint, and that he has shown diligence and good cause under the

20   circumstances. Therefore, one final extension of time will be granted. Because Plaintiff has now

21   been granted multiple extensions of time to file an amended complaint, no further extensions of

22   time will be granted absent extraordinary cause.

23       **III.    Conclusion**

24       Accordingly, it is HEREBY ORDERED that:

25       1.      The findings and recommendations issued on March 22, 2018 (ECF No. 15), are

26   vacated;

27       2.      Within **thirty (30) days** from the date of service of this order, Plaintiff shall file an

28   amended complaint;

1    3.    **No extension of time of the deadline set in this order shall be granted**.

2

3    IT IS SO ORDERED.

4    Dated:    **April 15, 2018**                    /s/ *Barbara A. McAuliffe*

5                                                        UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28