1

2

3

4

5

6

7

8                           **UNITED STATES DISTRICT COURT**

9                              EASTERN DISTRICT OF CALIFORNIA

10

11   RICKY RIVERA,                                 Case No.  1:16-cv-01817-AWI-BAM (PC)

12                       Plaintiff,                ORDER ADOPTING FINDINGS AND
                                                   RECOMMENDATIONS RECOMMENDING
13         v.                                      DISMISSAL OF DEFENDANT CHAPOLEUN
                                                   WITHOUT PREJUDICE FOR FAILURE TO
14   DAVEY, *et al.*,                              SERVE

15                       Defendants.               (ECF No. 48)

16

17         Plaintiff Ricky Rivera ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma*

18   *pauperis* in this civil rights action under 42 U.S.C. § 1983.  This action proceeds on Plaintiff's

19   second amended complaint against Defendants Robicheaux, Chapoleun, and Crain for violations

20   of the Free Exercise Clause of the First Amendment and against Defendant Davey for a deficient

21   policy that violates the Free Exercise Clause of the First Amendment.  This matter was referred to

22   a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

23         On June 9, 2020, the assigned Magistrate Judge issued Findings and Recommendations

24   recommending dismissal of Defendant Chapoleun[1] from this action, without prejudice, for failure

25   to serve process under Federal Rule of Civil Procedure 4(m).  (ECF No. 48.)  Those Findings and

26

27   [1] There is some ambiguity as to whether the correct spelling is "Chapoleun" or "Chapoleum."
     However, the Court finds that the error is not material, and for consistency the Court will use
28   "Defendant Chapoleun" throughout this order.

                                                   1

1    Recommendations were served on Plaintiff and contained notice that any objections thereto were

2    to be filed within fourteen (14) days after service.  (Id. at 4.)  Following an extension of time,

3    Plaintiff timely filed objections on June 29, 2020.  (ECF No. 51.)

4          In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a

5    de novo review of the case.  Having carefully reviewed the entire file, including Plaintiff's

6    objections, the Court concludes that the Magistrate Judge's Findings and Recommendations are

7    supported by the record and by proper analysis.

8          Accordingly, IT IS HEREBY ORDERED that:

9      1.  The Findings and Recommendations issued on June 9, 2020, (ECF No. 48), are adopted in

10         full;

11     2.  Defendant S.M.V. Chapoleun is dismissed, without prejudice;

12     3.  This action shall proceed only on Plaintiff's second amended complaint against

13         Defendants Robicheaux and Crain for violations of the Free Exercise Clause of the First

14         Amendment, and against Defendant Davey for a deficient policy that violates the Free

15         Exercise Clause of the First Amendment; and

16     4.  This action is referred back to the Magistrate Judge for further proceedings consistent with

17         this order.

18

19    IT IS SO ORDERED.

20    Dated:    August 20, 2020          _____

                                         SENIOR  DISTRICT  JUDGE

21

22

23

24

25

26

27

28