UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICKY RIVERA,**<br>  **Plaintiff,**<br> v.<br>**DAVEY, et al.,**<br>  **Defendants.** | **CASE NO. 1:16-cv-01817-AWI-BAM (PC)**<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION, WITHOUT PREJUDICE, FOR FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES**<br><br>(Doc. No. 58) |

  Plaintiff Ricky Rivera is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Eastern District of California Local Rule 302.

  On February 26, 2021, the assigned magistrate judge issued findings and recommendations, recommending that Defendants' motion to dismiss for failure to exhaust be granted.  Doc. No. 58.  The findings and recommendations were served on the parties, and contained notice that any objections were to be filed within fourteen days.  Id. at 13.  Following an extension of time, Plaintiff timely filed objections on April 9, 2021.  Doc. No. 61.  Defendants did not file objections, and the time in which to do so has expired.

  In accordance with 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, including Plaintiff's objections, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

///

///

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (Doc. No. 58) issued on February 26, 2021, are ADOPTED in full;
2. Defendants' motion to dismiss (Doc. No. 52), is GRANTED;
3. This action is DISMISSED, without prejudice, for the failure to exhaust available administrative remedies; and
4. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:   April 14, 2021

SENIOR  DISTRICT  JUDGE