# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY RIVERA,<br><br>        Plaintiff,<br><br>  v.<br><br>DAVEY, *et al.*,<br><br>        Defendants. | Case No.  1:16-cv-01817-AWI-BAM (PC)<br><br>Appeal No. 21-15853<br><br>ORDER REGARDING *IN FORMA PAUPERIS* STATUS ON APPEAL |

Plaintiff Ricky Rivera ("Plaintiff") is a state prisoner who proceeded *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On April 14, 2021, the Court granted Defendants' motion to dismiss and dismissed this action due to Plaintiff's failure to exhaust available administrative remedies.  (ECF No. 62.)  Judgment was entered accordingly the same date. (ECF No. 63.)  On May 11, 2021, Plaintiff filed a notice of appeal.  (ECF No. 64.)

On June 15, 2021, the Ninth Circuit Court of Appeals referred the matter back to this Court for the limited purpose of determining whether *in forma pauperis* status should continue for the appeal.  28 U.S.C. § 1915(a)(3).  The Court finds that this appeal is not taken in bad faith and is not frivolous.  Accordingly, *in forma pauperis* status should not be revoked and should continue on appeal.

IT IS SO ORDERED.

Dated:   **June 16, 2021**                              /s/ *Barbara A. McAuliffe*                
                                                                                UNITED STATES MAGISTRATE JUDGE